UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| A.S., by and through his parents and guardians, M.S. and B.S., <br><br> Plaintiff, <br><br> v. <br><br> IBEW LOCAL UNION NO. 124 HEALTH AND WELFARE FUND, THE BOARD OF TRUSTEES OF THE IBEW LOCAL UNION NO. 124 HEALTH AND WELFARE FUND, ROBERT BLAKE, KENNETH C. BORDEN, RUDY CHAVEZ, MICHAEL J. DAMICO, DONALD G. LAFFOON, ENRIQUE M. RODRIGUEZ, AND ANY OTHER INDIVIDUAL MEMBER OF THE BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 124 HEALTH AND WELFARE FUND, <br><br> Defendants. | Civil Action No. 4:21-cv-0142-FJG |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective attorneys of record, and hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned matter, and all causes of action within, against all Defendants be dismissed **with prejudice**, with each party bearing their own costs except as otherwise agreed pursuant to the parties' Settlement Agreement.

SHOOK, HARDY & BACON, L.L.P.

/s/ *Scott Kaiser*
Scott Kaiser, #54925
2555 Grand Blvd.
Kansas City, MO 64108
Tel. (816) 574-6550
Fax (816) 421-5547
skaiser@shb.com
*Attorney for Plaintiff*

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

/s/ *Daniel S. Gross*

Eleanor Hamburger, Admitted *Pro Hac Vice*
Daniel S. Gross, Admitted *Pro Hac Vice*
3101 Western Avenue, Suite 350
Seattle, WA  98121
Tel. (206) 223-0303
Fax (206) 223-0246
ehamburger@sylaw.com
dgross@sylaw.com
*Attorneys for Plaintiff*


ARNOLD, NEWBOLD,
SOLLARS & HOLLINS, P.C.

/s/ Mark A. Kistler

Mark A. Kistler, MO Bar No. 48442
Colin H. Newbold, MO Bar No. 70549
1100 Main Street, Suite 2001
Kansas City, MO  64105
Tel. (816) 421-5788
Fax (816) 471-5574
makistler@a-nlaw.com
chnewbold@a-nlaw.com
*Attorneys for Defendant*